EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br><br> Frances M. Hamel Grafals | 2013 TSPR 113 <br><br> 189 DPR \_\_\_\_ |

Número del Caso: TS-14667

Fecha: 9 de octubre de 2013

Abogada de la Parte Peticionaria

      Lcda. Keila M. Ortega Casals

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Frances M. Hamel Grafals

TS-14,667

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de octubre de 2013.

Examinada la *Moción Solicitando Reactivación como Abogada en el Registro de Abogados y Abogadas del Tribunal Supremo*, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo